1983 Form

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

~~In the United States District Court~~
~~For the Northern District of Alabama~~

IN Pursuant to Civil Rights Act 42 U.S.C. 1983

JONATHAN LOUIS RUTLEDGE
　　　Plaintiff

_____

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

2:07-CV-477-WKW

v

DEBORAH TEW
　　Defendant

_____

_____

(Enter above full name(s) of the
defendant(s) in this action)

I.　Previous lawsuits

　　A.　Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
　　　　in this action or otherwise relating to your imprisonment?　　Yes ( )　No (✗)

　　B.　If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more
　　　　than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same
　　　　outline.)

　　　　1.　Parties to this previous lawsuit

　　　　　　Plaintiff(s): _____ N/A _____

　　　　　　Defendant(s) _____

　　　　2.　Court (if Federal Court, name the district; if State Court, name the county)

　　　　　　_____ N/A _____

　　　　3.　Docket Number _____ N/A _____

　　　　4.　Name of judge to whom case was assigned _____ N/A _____

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____ N/A _____

_____

6.   Approximate date of filing lawsuit _____ N/A _____

7.   Approximate date of disposition _____ N/A _____

II. . Place of present confinement _____ N/A _____

A.   Is there a prisoner grievance procedure in this institution?
Yes ( )    No ( ✓ )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )    No ( ✓ )

C.   If your answer is YES:

1.   What steps did you take? _____ N/A _____

_____

2. .   What was the result? _____ N/A _____

_____

_____

D.   If your answer is NO, explain why not? _____ N/A _____

_____

_____

_____

III.  Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff(s) _____ N/A _____

_____

_____

Address _____

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B.    Defendant _____ Deborah Tew _____

is employed _____

at _____ THE District court of Barbour County Alabama.

C.    Additional Defendants _____ Post Office Box 219 Clayton Alabama, 36016

IV.    Statement of Claim  In Pursuant to Act, 42 U.S.C. 1983

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On April 29th 2005 Deborah Tew Signed a arrest warrant and complaint For the arrest of Jonathan Louis Rutledge In Barbour County Alabama. In Violation of 13A-4-3 Conspriacy to commtt Arson of the code of Alabama. Deborah Tew is not a practicing Attorney In The State of Alabama with no licensed to Practice Law In The State of Alabama. Deborah Tew herein did not Posses The Judicial Authority to Issue an Sign a felony warrant/complaint without a licensed To Practice law In Alabama.

The petitioner states that under Alabama Law it is mandatory that for one to be a magistrate he or she has to be a licensed Practicing Attorney according to Rule 18 (2 (A) Alabama Rule of Judicial Administration And constitutional Amendment no 328 Judicial Article 6.11 Code of Alabama 1975, 12-17251 (c) (1); Petitioner states that Deborah Tew is not a Practicing Attorney according to the Alabama STATE BAR.

V.   RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

WEREFORE The Plaintiff REQUEST PUNTIVE DAMAGES IN The Amount of 2,000,000,00 DOLLARS FOR THE PAIN ABout SUFFERING. AND 1,000,000,00 Dollars IN Compastorey DAMAGES. Plaintiff Also DEMAND A TRIAL BY JURY, AND ANY other RELIEF That this Court SEES FIT IN THIS CAUSE OF ACTION.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/25/07___
                (date)

JONATHAN RUTLEDGE
Plaintiff

_Jonthn Rutlee_
Signature(s)                                    "

Jonathan Rutledge Dorm B-1-23,
AIS 242515
Bibb Co. Corr. Fac.
565 Bibb Lane
Brent AL 35034

To: OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT PO BOX 711
MONTGOMERY AL 36101

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been ...
Department ...
for the substance or content of the ...
communication."

Legal
Mail

UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $00.19⁰
0002367336  MAY 29 2007
MAILED FROM ZIP CODE 3503

BLACK HERITAGE
Ella Fitzgerald
USA