**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 1, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Rutledge v. Tew

**Case Number:** 2:07cv00477-WKW

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review. Reference is made to document # 1 filed on May 30, 2007.**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION.

1983 Form

~~In the United States District Court~~
~~For the Northern District of Alabama~~

IN Pursuant to Civil Rights Act 42 U.S.C. 1983

JONATHAN LOUIS RUTLEDGE
Plaintiff

2:07-CV-477-WKW

(Enter above the full name(s) of the
plaintiff(s) in this action.)

v

DEBORAH TEW
Defendant

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): N/A

         Defendant(s) ____

      2. Court (if Federal Court, name the district; if State Court, name the county) N/A

      3. Docket Number N/A

      4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. Place of present confinement  N/A

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:
      1. What steps did you take?  N/A

      2. What was the result?  N/A

   D. If your answer is NO, explain why not?  N/A

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s)  N/A

      Address _____

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant _Deborah Tew_

is employed _____

at _THE District Court of Barbour County Alabama._

C. ~~Additional Defendants~~ _Post Office Box 219 Clayton Alabama, 36016_

IV. Statement of Claim _In Pursuant to Act, 42 U.S.C. 1983_

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On April 29th 2005 Deborah Tew signed a arrest warrant and complaint for the arrest of Jonathan Louis Rutledge in Barbour County Alabama. In violation of 13A-4-3 conspriacy to committ Arson of the code of Alabama. Deborah Tew is not a practicing Attorney in the State of Alabama with no licensed to practize Law in the State of Alabama. Deborah Tew herein did not posses the Judicial Authority to Issue an Sign a felony warrant/complaint without a licensed to practice law in Alabama.

The Petitioner states that under Alabama Law it is mandatory that for one to be a magistrate he or she has to be a licensed practicing Attorney according to Rule 18 (2 (A) Alabama Rule of Judicial Administration And constitutional Amendment no 328 Judicial Article 6.11 Code of Alabama 1975, 12-1725.1 (c) (1); Petitioner states that Deborah Tew is not a practicing Attorney according to the Alabama State Bar.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

WHEREFORE The Plaintiff REQUEST PUNITIVE DAMAGES IN THE AMOUNT OF 2,000,000.00 DOLLARS FOR THE PAIN AND SUFFERING. AND 1,000,000.00 Dollars IN COMPASTOREY DAMAGES. Plaintiff Also DEMAND A TRIAL By JURY, AND ANY other RELIEF That this COURT SEES FIT IN THIS CAUSE OF ACTION.

"I declare under penalty of perjury that the foregoing is true and correct.
Executed on 5/25/07
(date)

JONATHAN RUTLEDGE
Plaintiff

_[signature]_"
(Signature(s))

- 4 -

Jonathan Rutledge Dorm B-1-23.
AIS 242515
Bibb Co. Corr. Fac.
565 Bibb Lane
Brent AL 35034

Legal Mail

To: OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT PO Box 711
Montgomery AL 36101

$00.19
MAY 29 2007
MAILED FROM ZIP CODE 35034

"This correspondence is forwarded from an Alabama State Prison. The contents have not been ... Department ... for the substance or content of the ... communication."