IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION    P. 1

Jonathan Rutledge
Plaintiff

vs

Deborah Tew
Defendant

CASE 207cv477 WKW

RECEIVED
2007 JUN 13 A 9:23

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

PLAINTIFF'S RESPONCE TO THE MAGISTRATE RECOMMENDATION UNITED STATES MAGISTRATE JUDGE Susan Russ WALKER.

IN The Plaintiff's Case The attachment of TOLLING Provisions attach. Due to the STATES Failure To Procure Jurisdiction The Signing of the warrant / arrest / complaint / affidavit - Trial - Conviction Sentence was all NULL AND VOID with the Lack of Subject matter - ( Jurisdiction )

The Tolling Provisions Safe guards The Rights of The Accused, When given Weight To The STaTes Failure To Procure Jurisdiction. Violated The Plaintiff's rights Freedom Rights ( Liberty interest )
Rights
Given Notice to The court. Plaintiff being held illegally is False imprisonment

PAGE 2

As well false arrest based upon ~~consent~~ an arrest warrant affidavit without jurisdictional authority However being signed by DEBBRA TEW THAT DEPRIVED MR Rutledge of his rights To be FREE From such acts or actions. To BAR a Jurisdiction claim of being held By False Imprisonment And given authority To exercise diligence To a claim of being held illegally by being wrongfully incarcerated. Without Judicial Authority By MRS. DEBBRA TEW Signature IF MR Rutledge had of waited 20 years after the conviction to clearify A Subject Matter Due Lack Of Jurisdiction The Tolling provision Protection attaches Due To being held by the STATE ILLegally In violation of the 14th Amendment Protections That Safeguard The Rights when. IN PART No one will be deprived Life Liberty or Property without Due process of LAW The States failure to procure Jurisdiction has certainly incarcerated Said FREEdoms Alabama Law 29-2151 Section 29-2159 (Act 2001-659 p 1359 S 2) Wrongful Incarceration Due to the defendants Action of Lack of subject MATTER

No Jurisdiction no Jurisdictional Authority 29-2-150 Legistative Intends that this article shall sevre as The Method of Compensating Certain innocent Persons who have been wrongfully incarcerated by The STATE OF Alabama act 2001 659 p. 135981 Additional Compensation For each and every year In the plaintiff's case he is entitled to compensation For being held Illegally For each AND every day.

(Tolling Provisions)

United States Constitution False Arrest wrongfully incarcerated There is no Procedural BAR To The Subject Matter For The State failure to Procure Jurisdiction. To Toll a Sentence of 20 years without Judicial Authority Lacking Due Process To incarcerate Liberty Freedom by The Signing of MRS TEW.

PAge 4

A Prisoner wrongfully incarcerated in the United STATES given a Sentence of 35 years Due to No Judictional Authority to authorize the Sentence. He was Release after 22 years awarded 2 Million Dollars Printed in the USA ToDAy News PAper. I am citing From newpaper we have no Law books no references no Sheppard Citation AND ALa REporterg No Fed reporter oR Supp No Supreme Court reports no typewriter No weB cite to west LAw no Rules of evidence no rules of Procedure Also at BARbour County Legal access was denied And at Kilby And at BIBB C.F. Due to the mail being with held to hinder deprive any accessibility to meet Any Time Limits.

Certificate of Service

I hereby certify that I have served a copy of the foregoing Response To the Magistrate Recommendation Judge Susan Russ Walker a Plaintff Response By placing in the Camden Prison mail Box marked Legal mail Addressed To The Clerk of The Court of The United States District Court Post Office Box 711 Montgomery AL 36101 Also The Same foregoing To Mrs Deborria Tew District Court of Barbour County Clayton Division PO Box 219 Clayton AL 36016. Done This Day of June 11 2007.

Jonathan Rutledge
Camden Work Center
1780 Hwy 221 East
Camden AL, 36726
Thank You
Jnth Rttg



To THE OFFICE OF THE CLERK
United STATES DISTRICT COURT
POST OFFice Box 711
MONTGOMERY AL 36101

Jonathan Rutledge
AIS 142515
Camden Work Release
Center 780 Highway
221 East Camden AL,
36726