Page 1

IN THE United States District Court
For The Middle District OF Alabama
Northern Division

Jonathan Louis Rutledge
  plaintiff prose                    Case NO 2:07cr477
   -vs-                                         WKW
Deborah Tew ~~Individual capacity~~
              addiction Defendants
              added or enjoined separately

Response to order adopting Recommendation of United States District Judge Keith Watkins,

The plaintiffs false arrest falsely incarcerated by the failure of mrs Deborah Tew to be a Licensed practiceing magistrate in the State of Alabama Barbour County Court house clayton Alabama. ~~It~~ is apparent that mrs Deborah Tews failure to realize that without Jurisdiction authorizing her to sign as a magistrate by Alabama State guideLines set forth in Ringer V. State 394 so2d 69 appeal after remand 394 sold 7 & she didn't have a Licensed to practice Law (Magistrate) And the state failure to procure subject matter by mrs Tew

SCANNED

to be a Licensed Magistrate, Newton vs State 375 So 2d 1245, Morris v. State 733 So 2d 912. Ex parte City of Birmingham 199 Ala 9 74 So 51 therefore the warrant and complaint/affidavit is Null and void and of no force and effect. This is an arrest based on an un Licensed magistrate to practice Law in the state of Alabama, to a sentence of illegal incaration 8-17-05 Never obtained Jurisdiction to arrest the plaintiff Mr Rutledge, on 4-29-05

Jurisdiction Question

No one will be restrained of Life Liberty or property without due process of Law Jurisdiction, Date of illegal incarceration 8-17-05

Liberty Interest

The 14th Amendment safe guards the Liberty interest Rights of the plaintiff to be arrested by an affidavit complaint arrest warrant signed by an unlicensed magistrate authorized by her failure of subject matter to procure Jurisdiction. The States failure to procure subject matter. In the great state of Alabama a magistrate must be Licensed as a practiceing magistrate

MRS Tew you cannot prove to the courts that you are Licensed to practice Law as a magistrate. OR Licensed to swear by an sworn oath or pledge This is no time Limit Limitation to a claim of No Jurisdiction. If you failed to procure Jurisdiction on April 29 2005 you still have failed to prove your authorization by holding a License to practice Law There is a failure to address this claim in the middle district court. I am sure the 11th Circuit can help the intergity of Judicial Cannons, To uphold the Judicial Cannons. MRS Deborah Tew please send a copy of your License to practice Law to the honorable Judge W. Keith Watkins United States District Court and a copy to the plaintiff MR Jonathan Rutledge. We have a copy of the Alabama State Bar stateing that you are not a member. To be address on appeal before the 11th Circuit,

# CERTIFICATE OF SERVICE

I Do hereby Certify that I have Served a true Copy of the foregoing REsponce to ORDER Adopting Recummedtion OF United States District Judge Keith Wutkins AND Issue Upon MS DEBORAH TEw By Placing IN The Mail Box MARKed Legal Mail At the CAMDen Work Center ADDRESS TO MS DeboRAH Tew AT the DIstrict Court OF BARBOUR County Alabama Post Office Box 219 CLAyton AL, 36016 Also Issue the Same true Copy To The Clerk of the United States DistRict Court Post Office Box 711 Montgomery AL, 36101-0711

Done THIS DAy 20 of JUNE 2007 By JonAthan RUTledge

*[signature]*

JONATHAN RUTLEDGE
1915 242ST15
CAMDEN WORK
RELEDRE 1780
Hwy 221 CAMDEN
OKLAHOMA, 36726

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT PO BOX 711
MONTGOMERY AL, 36101-0711

Legal
Mi.1

MONTGOMERY AL 361
27 JUN 2007 PM 1 T