**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

July 13, 2007

## NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: Jonathan Louis Rutledge vs. Deborah Tew

Case Number: 2:07cv477-WKW
         DOCUMENT #10

This Notice of Correction was filed in the referenced case this date to correct the pdf document to the NOTICE OF APPEAL filed on 06/28/07.

The correct pdf document is attached to this notice for your review. Reference is made to document #10.

In the States Court of Appeals
For the Eleventh Circuit,

Jonathan Louis Rutledge
    plaintiff prose Appellee
  - vs -
Deborah Tew Individual Capacity
    Defendants Appellant

Case No. 2:07-CV472
WKW

RECEIVED
2007 JUN 28 A 11:04

## Notice of Appeal

On Appeal the plaintiff states on appeal his barr by the applicable statue of limitation is clearly erronous when in fact the plaintiff states his rights were violated as result of events that lead up to his illegal sentence of being held against his will restrained of said liberty interest on the date of confinement August 17 2005 date of sentence to incarcerate said freedoms without the procurement of subject matter Jurisdiction of the affidavit complaint being signed by an un-licensed Magistrate Judge on April 29 2005. Mrs Tew was asked to verify her licensed by a copy of Alabama State Bar authorizing her to practice law she has not responded to do so, To bar

any applicable statue by limitation the courts must have gainful subject matter jurisdiction to an lawful arrest to do so. To hold one of restraint to free will without jurisdiction is to deprive the plaintiff of his rights to liberty by placing limitation on said freedoms, no one will be deprived of life liberty or property without due process of law. And to hold someone without jurisdiction and to place a bar of bar of statue of limitation on a restraint of being held illegally without subject matter to a lawful arrest is kidnapping isn't this to to hold one illegally against his will, Date of sentence of illegal Bondage being held against his will Liberty interest Rights violated date of illegal incarceration Aug 17 2005 by an-licensed un-authorized oath to support probable cause by a violation of state law state licensed by state BAR to practice law without a licensed is a fine and one year in prison and a $500.00 dollar fine, And to file a fraudulent tax return as a licensed magistrate without a licensed is fraud. Respectfully submitted plaintiff ~~~~~

Respectfully
submitted by
plaintiff prose _Jonto u. Rutled__

Certificate OF Service

I _Jonathan Rutledge_ plaintiff prose do hereby certify a copy has been sent by U.S. mail by placing the same in the United States postal service and mailed to the defendant. Done this _7_ day of July 2007 ADDRESS, Post office Box 219 Clayton AL, 36016. MRS Debarow Tew

Respectfully submitted
plaintiff prose
_Jonto Rutled_ AFS

Address CAMDEN work release
1780 Hwy 221 CAMDEN
AL, 36726

JONATHAN RUTLEDGE
AIS # 242515
CAMDEN WORK CENTER
HWY 221 CAMDEN
AL 36726

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

TO OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT POST OFFICE BOX 711
MONTGOMERY AL, 36101-0711