07-13027E

(Form 4)

# Affidavit Accompanying Motion for
## Permission to Appeal In Forma Pauperis

United States District Court for the _MIDDLE_ District of _ALABAMA_

A. B., Plaintiff  _Jonathan Louis Rutledge_
_(pro-se)_

v.                                            Case No. _CV-07-W-477-N_

C. D., Defendant. _Deborah Tew_

---

**Instructions**: Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: _7/9/2007_          Signed: _Jonathan L. Rutledge_

---

My issues on appeal are:

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| NAME Jeff Hendricks $500.00 My Brother 12 months Address PO Box 30518 Ft Lauderdale FL 33301 | | | | |
| Employment  present Linden Lumber co, Ltd p.q. Drawer 480369 Linden AL 36748-0369 | $13,16.00 | $0 | $656.00 | $0 NA |
| Self-employment | $0 | $0 | $0 | $0 NA |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 NA |
| Interests and dividends | $0 | $0 | $0 | $0 NA |
| Gifts  My Brother    12 months | $50000 | $0 | $150.00 | $0 NA |
| Alimony | $0 | $0 | $0 | $0 NA |
| Child support | $0 | $0 | $0 | $0 NA |
| Retirement (such as Social Security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 NA |
| Disability (such as Social Security, insurance payments) | $0 | $0 | $0 | $0 NA |
| Unemployment payments | $0 | $0 | $0 | $0 NA |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 NA |
| Other (specify): _____ | $10 | $0 | $0 | $0 NA |
| Total monthly income: | $659.76 | $0 NA | Gross $13,16.00 -40% D.O.C $656.00 | $0 NA |

year to date present Gross

JOB

Current Balance $237.91

139                                                        Rev.: 12/98

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Linden Lumber Company | P.O. Drawer 480 369) Linden AL 36748 | Begin 62407 Ending 62007 | Weelly 329.88 40% goes to D.S.C, Restitution $5000 |

3. *List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Not married | 0 | 0 | 0 |
|---|---|---|---|

4. *How much cash do you and your spouse have?* $ 237.91 — Not married

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NA | 0, NA | $ 0 | $ 0 |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

**Home (Value)**
NO/NA

**Other Real Estate (Value)**
NO - NA

**Motor Vehicle #1 (Value)**
Make & Year: NO — NA
Model: NO - N/A
Registration #: NO - NA

**Other Assets(Value)**
NO N/A

**Other Assets (Value)**
NO/NA

**Motor Vehicle #2 (Value)**
Make & Year: NA NO
Model: NO NA
Registration #: NO N/A

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NO N/A | 0 | 0 |

Rev.: 12/98

7. State the persons who rely on your or your spouse for support.

| Name | Relationship | Age |
|------|-------------|-----|
| N A | O | O |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ $0 | $ $0 N A |
| Are real-estate taxes included? ☐ Yes ☒ No | $ $0 | $0 N A |
| Is property insurance included? ☐ Yes ☒ No | $ $0 | $0 N A |
| | $ $0 | $0 N A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ $0.00 | $ D N A |
| Home maintenance (repairs and upkeep) | WK$ 50.00 | $ N A |
| Food | WK$ 50.00 | $ N A |
| Clothing | WK$ $1/350 | $ N/A |
| Laundry and dry-cleaning | $ | $ N/A |
| Medical and dental expenses | WK$ $30.00 | $ N/A |
| Transportation (not including motor vehicle payments) | $ O | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ D | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ O | $ N/A |
| Homeowner's or renter's | $ O | $ N/A |
| Employee  Life  Insurance Linden Lumber CO LTD P.O. Box Drawen 480369 Linden AC 36748-0369 | WK$ $10.00 | $ N/A |
| Health | $ D | $ N/A |
| Motor Vehicle | $ O | $ N/A |
| Other: | | |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ O | $ N A |
| | $ A | $ N A |
| Installment payments | $ O | $ N A |
| Motor Vehicle | $ O | $ N/A |
| Credit card (name): | $ O | $ N/A |
| Department store (name): | $ O | $ N/A |
| Other: | $ O | $ N/A |
| Alimony, maintenance, and support paid to others | $ O | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement)  Incarceration - 40% deducted | $ $40.00 | $ N A |
| Other (specify): From Gross Alabama D.O.C Work Release - Camden Community Work Center | $ $200.00 | $ N A |
| Total monthly expenses | | |

Hygiene
Food
Court Fines
$5,000.00

State Tax - medicare Tax
social security Tax - Envelopes
Wash clothes - Food/stamps
paper

Rev.: 12/98

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes  ☑ No      If yes, describe on an attached sheet.

10. *Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☑ No      If yes, how much: $ _____ 0 _____

    If yes, state the attorney's name, address, and telephone number:

    N/A

11. *Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☑ No      If yes, how much? $ _____ 0 _____

    If yes, state the person's name, address, and telephone number:

    Due to being incarcerated And Just
    Starting employment I have not enough
    funds.

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I An indigent incarcerated Leaving in proverty
    I Just got employment and I don't have
    Money to be able to pay the docket
    Fees. I am a ward of the state of Alabama

13. *State the address of your legal residence.*

    prose – plaintiff
    Jonathan C Ruttledge AIS 242515
    Camden Comm. Based, Fac. 1780 Hwy 221 East
    Camden AL 36726

    Your daytime phone number: ( N/A )  _____

    Your age: _____  Your years of schooling: _____

    Your Social Security number: _____

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
CAMDEN CBF
INMATE WITHDRAWAL

JUL. 11, 2007

TRANSACTION#: 2007007985

AIS NUMBER: 242515                RUTLEDGE, JONATHAN L

BED: B01018B

CHECK NUMBER: 34427

REASON:   ICE CREAM

$247.91    PREVIOUS BALANCE

$10.00    LESS WITHDRAWAL        PAID TO: I C F

$237.91    CURRENT BALANCE

LINDEN LUMBER COMPANY, LTD.
P.O. DRAWER 480369
LINDEN, AL 36748-0369

**Advice number:**
Pay date:

**00000270155**
07/06/2007

Deposited to the account of
**JONATHAN RUTLEDGE**

account number    transit ABA
5029449           0621 0238

amount
$291.30

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 050 |
|-----|------|-------|-------|-----------|-----|
| 6MA | 003965 | 602302 | | 0000270155 | 1 |

# Earnings Statement

LINDEN LUMBER COMPANY, LTD.
P.O. DRAWER 480369
LINDEN, AL 36748-0369

Period Beginning:    06/24/2007
Period Ending:       06/30/2007
Pay Date:            07/06/2007

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:    0,Tax Blocked
    AL:

**JONATHAN RUTLEDGE**
**1780 HWY 221**
**ATTN MELINDA MORGAN**
**CAMDEN, AL 36726**

Social Security Number:    XXX-XX-7523

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.0000 | 40.00 | 280.00 | 560.00 |
| Overtime | 10.5000 | 4.75 | 49.88 | 99.76 |
| **Gross Pay** | | | **$329.88** | 659.76 |

| Deductions | Statutory | | this period | year to date |
|------------|-----------|--|-------------|--------------|
| | Social Security Tax | | -20.46 | 40.91 |
| | Medicare Tax | | -4.79 | 9.57 |
| | AL State Income Tax | | -13.33 | 26.66 |
| | **Other** | | | |
| | Checking | | -291.30 | |
| | **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are $329.88



©2001 Automatic Data Processing, Inc.

NAME   Alfred Allen Lee

REG. NO.   11239-002 (D/A)

FEDERAL CORRECTIONAL INSTITUTION

PMB 1000

TALLADEGA, AL 35160

United States District Court
Middle District of Alabama
Clerk of Court
Ms. Debra P. Hackett
15 Lee Street, Suite 206
Montgomery, AL 36104-4055



FCI TALLADEGA
565 East Renfroe Road
Talladega, Alabama 35160

DATE: _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.



RECEIVED
JUL 12 2007
FCI TDG