IN THE United States District Court
FOR THE middle District oF Alabama
Northern Division

p1

Jonathan Louis Rutledge
AIS 242575 plaintiff prose

v.

DeBorah Tew

Case No. 2:07 CV 477

Responce to Judges ORDER.

The plaintiff MR Jonathan Louis Rutledge has provided substantial mandated provisional Laws established by incorporation in the United State Constitution.

The plaintiff MR Jonathan Louis Rutledge prose provider has shown good cause which relief may be granted, when in Alabama and the Laws set forth in Constitutional VI, C1 3 that an affidavit complaint must be made in compliance with the constitution.

When in Alabama under administrative Rules of Court Rule 18-2°A a magistrate must be a Licensed practiceing magistrate to issue a felony arrest warrant to charge an indictable offence to a trial by a Jury.

P2  Judge in Alabama to practice law without a license is a criminal offense Indictable by state as well as federal law.

MRS Deborah Tew was only authorized to issue arrest in misdemeanor returnable to the district court. And MRS Deborah Tew signed her name on a felony arrest up under the authority of a magistrate Judge without a license. The Alabama state bar confirmed that she doesn't have a license to practice law. It is very apparent due to the lack of subject matter the state failed to procure Jurisdiction. By MRS Deborah Tew signing an arrest warrant without a license to do so, And without Jurisdiction the plaintiffs criminal charges must be considered clearly of no force or effect and the criminal charge null and void. In Alabama in numerous cases have been considered null and void by magistrates Judges failure to obtain a license to practice law by possessing the authority to do so. The plaintiffs case is identical in

p3

previously decided cases, And to bar the failure to procurement of subject matter Jurisdiction is impossible, with due process of Law Jurisdiction - The 14th amendment protections was incorporated to ensure these protection that no one will be deprived of Life Liberty or property without due process of Law, In Alabama an uniform traffic citation must be signed by a Licensed practicing magistrate to authorized an Lawful arrest charging a felony indictable offence by a trial by a Jury, MRS Deborah few unlicensed authority to practice the enforcement of state Laws without a state License issued by the Alabama state bar has made her Liable as well as the State of Alabama.

Case Citation's In Support mandated provisional Laws state as well as Federal Laws,

Watkins vs City of Florence 984 Sodd 1301.

Professional check services V. City of Dothan 560 Sodd 755.

p4 Exparte City of ~~_____~~ Birmingham
199 Ala 9, 74 So 51
United States Constitutional Article
VI, Cl 3,
Newton v. State 375 so2d 1245
Ringer v State 394 so2d 72,

In Alabama a magistrate must be
licensed to sign a search warrant
as well as an arrest warrant
even in Barbour County Alabama.
When it is apparent Mrs Deborah
few only possessed Judical authority
to sign misdemeanor arrest warrant
stamped return ~~____~~ to district
court in Compliance with the
Rules of court Alabama Administrative
Rule 18-1-A not Rule 18-2-A

This is Alabama Law, 18-2-A
is very clear in its meaningful purpose
A magistrate must have a license to
issue an felony arrest warrant. Judge
in Alabama a Clerk must have a license
as well as a magistrate to charge
a violation of state law to an
lawful arrest charging an indictable
offence of the laws of the state of Alabama

p5 And to impose restraint on ones liberty protection is illegal and clearly an unlawful arrest, 14th And to restrain one against his will to incarcerate liberty is cruel as well as unusal punishment in violation of the 8th Amendment.

The plaintiff Mrs Jonathan Louis Rutledge prose providen has established valid Laws of a manifest Injustice. When in factual basis the states witnesses testified under a sworn oath to evidence obtained from an un secured crime scene to a lack of subject matter Jurisdiction to authorize an arrest from evidence obtained in the affidavit complaint from an unsecured crime scene unsupported by no probable cause to pledge a oath to charge in the complain affidavit to a violation of state law to arrest the plaintiff for a 2nd degree Arson charge. The states witnesses sworn statements to pledge an oath to evidence from a un secured crime scene

ple probable cause to support an arrest warrant signed by mrs Deboraw Tew, Judge please explain subject matter to support an lawful arrest to evidence from an unsecured crime scene, To authorize an arrest on a charge of 2nd degree arson, When the affidavit complaint must support the issuance of an lawful arrest from the evidence to form an indictable offence, mrs Deboraw Tew signature was again was clearly unsupportive by the affidavit complaint to support valid contentions of probable cause from the affidavit complaint. To validate - of legal means, To procurement of the states witnesses Lack of subject matter Jurisdiction, we must never guess mrs Tews Lack of practice by being unlicensed to practice law, Without a law degree of authority, To an un lawful arrest, The plaintiff's right have been violated and it would be impossible to bar Liberty interest.

p7

The plaintiff had already filed notice of appeal in the Eleventh Circuit Court of Appeals before the Judge in the middle District issued an order of denial. MR Jonathan Louis Rutledge ask for a court order that said civil case be held in Limbo or abeyance untill his Rule 32 appeals have been finalized by the U.S. Supreme Court, or his Writ of Habeous Corpus has been decided on undisputed claims of innocent from a silent record of 911 Tapes that must be refuted as the truth. And no direct evidence to constitute an arrest on a charge of 2nd degree Arson, To clear up all discrepancies of departure from an un-secured Fire Crime Scene. Unsupportive by probable cause by states witnesses from evidence obtained that was clearly deminished from Its originality to constitute an arrest warrant signed by mrs Deboraw tew that was of no probative value to authorize an unlicensed arrest

p8

based on probable cause, when in fact the state witness in the affidavit complaint never stated they seen me Rutledge intentionally start or maintain a fire at Hwy 51 Jonathon's Deli. As required by law for the issuance of a lawful arrest. And the unlicensed signature by magistrate Judge mrs Tew.

prose plaintiff

*[signature]*

P9

Certificate OF Service

I, Jonathan Rutledge, do hereby certify that a copy of the foregoing has been served upon Mrs Deborah Tew addressed Barbour County Court House P.O. Box 219 Clayton AL 36016

And the office of the Clerk
United States District Court
15 Lee Street Ste 206
Montgomery AL
36104-4055

By placing a copy of the aforemention in the U.S. Postal Service and mailed out in Camden Legal mailed.

Done this 27 day of AUG 2007

Jonathan Rutledge
Prose Jonathan Rutledge



Mr Jonathan Louis Rutledge 245515
Camden Work Release
1780 Hwy 221 East — Wilcox County
Camden Alabama
36726

Office of the Clerk
United States District Court
Middle District
15 Lee Street Ste 206
Montgomery AL
36104-4055