IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN LOUIS RUTLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0477-WKW |
| ) | |
| DEBORAH TEW, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In plaintiff's Response to Judge's Order (Doc. # 15), he "ask[s] for a court order that said civil case be held in limbo or abeyance untill [sic] his Rule 32 appeals have been finalized by the U.S. Supreme Court or his writ of habeas corpus has been decided." (Doc. # 15 at 7.) To the extent plaintiff moves this court for a stay of matter, it is ORDERED that the motion is DENIED as MOOT. By Order (Doc. # 8) dated June 18, 2007, final judgment has already been entered in this case.

DONE this 10th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE