UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

September 19, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-07-W-477-N

USCA No. 07-13027-EE

IN RE: JONATHAN LOUIS RUTLEDGE VS. DEBORAH TEW

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
___Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_First Notice of Appeal:_Yes,__ No  Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are:
__No                       Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):____
____ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
__Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
__The Appellate docket fee has been paid _X_Yes,__No: 09/13/07 Date , Receipt#_____
___Appellant has been ___GRANTED;_DENIED IFP, Copy of Oder enclosed.
___Appellant has been ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
_X_The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKIN
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
　　　　　　　　__Volume(s) of Pleadings, __ Volume(s) of Transcripts,
　　　　　　　　____ SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)__
　　　　　　　　___ Exhibits:____Envelope
　　　　　　　　_1__Volume (s) of Original Papers

cc:                           Sincerely,

                              DEBRA P. HACKETT, CLERK

                              By: Yolanda Williams
                                  Deputy Clerk

ANDERSON, APPEAL, CLOSED, INMATE

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00477-WKW-SRW
### Internal Use Only

Rutledge v. Tew (INMATE 1)
Assigned to: Honorable William Keith Watkins
Referred to: Honorable Susan Russ Walker
Demand: $1,000,000
Case in other court: USCA, 07-13027-E
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/30/2007
Date Terminated: 06/18/2007
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Jonathan Louis Rutledge**         represented by   **Jonathan Louis Rutledge**
AIS 242515
Bibb County Correctional Facility
565 Bibb Lane
Brent, AL 35034
PRO SE

V.

**Defendant**

**Deborah Tew**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | | (Court only) Staff Attorneys added as interested parties. Assignment of Staff Attorney Anderson. Set Anderson & Inmate Flags. (kh) (Entered: 05/30/2007) |
| 05/30/2007 | 1 | Inmate 1983 COMPLAINT against Deborah Tew, filed by Jonathan Louis Rutledge.(wcl, ) Additional attachment(s) added on 6/1/2007 to attach correct PDF document (wcl, ). (Entered: 05/31/2007) |
| 05/30/2007 | | DEMAND for Trial by Jury by Jonathan Louis Rutledge. (NO PDF ATTACHED-SEE DOCKET ENTRY 1) (wcl, ) (Entered: 05/31/2007) |
| 05/30/2007 | 2 | Application to Proceed Without Prepayment of Fees and Affidavit by Jonathan Louis Rutledge. (wcl, ) (Entered: 05/31/2007) |
| 06/01/2007 | 3 | NOTICE of Correction re 1 Inmate 1983 Complaint to attach correct PDF document. (Attachments: # 1 Corrected Main Document to Docket Entry |

| | | |
|---|---|---|
| | | 1)(wcl, ) (Entered: 06/01/2007) |
| 06/01/2007 | 4 | ORDER granting 2 Affidavit for Leave to Proceed in forma pauperis except to the extent payment is required under this order; Directing Monthly Payments be made from Inmate's Prison Account until fee is paid in full; Copies mailed to plaintiff and account clerk at the Bibb County Correctional Facility. Signed by Judge Susan Russ Walker on 6/1/2007. (wcl, ) (Entered: 06/01/2007) |
| 06/04/2007 | 5 | REPORT AND RECOMMENDATIONS of the Magistrate Judge that this case be dismissed with prejudice prior to service of process in accordance with the provisions of 28 USC 1915(e)(2)(B)(i) as the plaintiff failed to file the complaint within the time prescribed. On or before 6/18/2007 the parties may file objections to the Recommendations. Signed by Judge Susan Russ Walker on 6/4/2007. (cb, ) (Entered: 06/04/2007) |
| 06/13/2007 | 6 | OBJECTION (Response) to the 5 Report and Recommendations by Jonathan Louis Rutledge. (wcl, ) (Entered: 06/13/2007) |
| 06/18/2007 | 7 | ORDER ADOPTING RECOMMENDATION, it is ORDERED that: 1) The 6 Objection is OVERRULED; 2) The 5 Recommendation of the Magistrate Judge is ADOPTED; 3) This case is DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 USC 1915(e)(2)(B)(I); an appropriate judgment will be entered. Signed by Judge William Keith Watkins on 6/18/2007. (wcl, ) (Entered: 06/18/2007) |
| 06/18/2007 | 8 | FINAL JUDGMENT in accordance with the prior proceedings, opinions, and orders of the Court, it is ORDERED, ADJUDGED AND DECREED that: 1) Judgment is entered in favor of the defendant and against plaintiff; 2) This action is DISMISSED with prejudice; and 3) The parties shall bear their own costs; DIRECTING the Clerk to enter this document on the civil docket as a final judgment pursuant to Rule 58 FRCP. Signed by Judge William Keith Watkins on 6/18/2007. (Attachments: # 1 civil appeals checklist)(wcl, ) (Entered: 06/18/2007) |
| 06/28/2007 | 9 | Response to Order re 7 Order Adopting Report and Recommendations by Jonathan Louis Rutledge. (wcl, ) (Entered: 06/28/2007) |
| 06/28/2007 | 10 | NOTICE OF APPEAL by Jonathan Louis Rutledge to the United States Court of Appeals for the Eleventh Circuit from the 7 Order Adopting Report and Recommendations, and 8 Judgment, entered on 6/18/07. Copies mailed. (ydw, ) Additional attachment(s) added on 7/13/2007 to attach correct PDF document(ydw, ). (Entered: 06/29/2007) |
| 06/29/2007 | | NOTICE of Deficiency mailed to Jonathan Louis Rutledge re 10 Notice of Appeal, which does not contin a signature as required by Civil Administrative Procedure. (ydw, ) (Entered: 06/29/2007) |
| 06/29/2007 | | Transmission of Notice of Appeal and Certified copy of Docket Sheet and Order to US Court of Appeals re 10 Notice of Appeal (ydw, ) (Entered: 06/29/2007) |

| 07/10/2007 | ● | USCA Case Number 07-13027-E for 10 Notice of Appeal filed by Jonathan Louis Rutledge. (ydw, ) (Entered: 07/10/2007) |
| --- | --- | --- |
| 07/11/2007 | ●12 | RECEIVED TRANSCRIPT REQUEST re 10 Notice of Appeal, from pro se appellant Jonathan Louis Rutledge with following notation: "I Am Ordering A Transcript Of the Following Proceedings" [NO HEARING HELD] (ydw, ) (Entered: 07/16/2007) |
| 07/13/2007 | ●11 | NOTICE of Correction re 10 Notice of Appeal, to attach correct (PDF re signature page) document (Attachments: # 1 Corrected Main Document to Docket Entry 10)(ydw, ) (Entered: 07/16/2007) |
| 07/16/2007 | ●13 | MOTION for Leave to Appeal in forma pauperis by Jonathan Louis Rutledge. (ydw, ) (Entered: 07/17/2007) |
| 08/17/2007 | ●14 | ORDER denying 13 Motion for Leave to Appeal in forma pauperis; and that the appeal in this cause be and it is hereby certified, pursuant to 28 U.S.C.A. 1915(a), as not taken in good faith. Signed by Judge William Keith Watkins on 08/17/07. (ydw, ) (Entered: 08/17/2007) |
| 08/30/2007 | ●15 | Response to Order re 14 Order on Motion for Leave to Appeal in forma pauperis by Jonathan Louis Rutledge. (ydw, ) (Entered: 08/30/2007) |
| 08/30/2007 | ● | Response to Order CONSTRUED as MOTION to Stay Matter by Jonathan Louis Rutledge. No pdf attached to this entry. See 15 Response for pdf. (cb, ) (Entered: 09/10/2007) |
| 09/10/2007 | ●16 | ORDERED denying 15 Motion to Stay Matter as MOOT. Signed by Judge William Keith Watkins on 9/10/2007. (cb, ) (Entered: 09/10/2007) |
| 09/17/2007 | ●17 | Request for Original Papers By USCA Eleventh Circuit 11th Circuit Appeal No. 07-13027-E, 10 Notice of Appeal filed by Jonathan Louis Rutledge (ydw, ) (Entered: 09/19/2007) |