**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711



DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

RECEIVED
2007 SEP 28 A 10: 16
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

September 19, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-07-W-477-N
USCA No. 07-13027-EE

IN RE: JONATHAN LOUIS RUTLEDGE VS. DEBORAH TEW

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
___Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_First Notice of Appeal:_Yes,__ No Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are:
__No                    Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):____
____ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
__Court Appointed Counsel/CJA; __Yes; ___No; Copy of Order Enclosed:
__The Appellate docket fee has been paid _X_Yes,__No: 09/13/07 Date , Receipt#_____
___Appellant has been ___GRANTED;_DENIED IFP, Copy of Oder enclosed.
__Appellant has been ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
__Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: **WILLIAM KEITH WATKIN**
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
          __Volume(s) of Pleadings, __ Volume(s) of Transcripts,
          ___ SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)__
          ___ Exhibits:____Envelope
          _1_ Volume (s) of Original Papers

cc:                         Sincerely,

                            DEBRA P. HACKETT, CLERK

                            By: Yolanda Williams
                                Deputy Clerk