# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED
2007 OCT 29 A 11: 21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

For rules and forms visit
www.ca11.uscourts.gov

October 26, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-13027-E**
Case Style: Jonathan Louis Rutledge v. Deborah Tew
District Court Number: 07-00477 CV-N

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S)  1 Volume Original Papers

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

REC-3 (06-2006)

RECEIVED

2007 OCT 29 A II: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY AL 36104-4055

October 26, 2007

**Appeal Number: 07-13027-E**
Case Style: Jonathan Louis Rutledge v. Deborah Tew
District Court Number: 07-00477 CV-N

TO:   Debra P. Hackett

CC:   Administrative File

CC:   Administrative File