RECEIVED
2007 NOV 15 P 4:32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED
2007 NOV 14 P 12:20
U.S. ATTORNEY
MIDDLE ALABAMA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

November 09, 2007

**Appeal Number: 07-13027-E**
Case Style: Jonathan Louis Rutledge v. Deborah Tew
District Court Number: 07-00477 CV-N

TO:  Debra P. Hackett

CC:  Jonathan Rutledge (AIS 242515)

CC:  Troy King

CC:  Warden

CC:  Administrative File

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 09, 2007

RECEIVED

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

NOV 1 5 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**Appeal Number: 07-13027-E**
Case Style: Jonathan Louis Rutledge v. Deborah Tew
District Court Number: 07-00477 CV-N

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-13027-E

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

NOV 0 9 2007

THOMAS K. KAHN
CLERK

JONATHAN LOUIS RUTLEDGE,

Plaintiff-Appellant,

versus

DEBORAH TEW,

Defendant-Appellee.

RECEIVED
NOV 1 5 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia

Appeal from the United States District Court for the
Middle District of Alabama

BEFORE: **BIRCH, MARCUS and WILSON, Circuit Judges.**

BY THE COURT:

The appellant, in the district court, filed a notice of appeal and a motion to proceed on appeal in forma pauperis ("IFP"). The district court denied IFP status, certifying that the appeal was frivolous and not taken in good faith. The district court, however, did not assess a $455.00 appellate filing fee, as required by the Prison Litigation Reform Act of 1995 (April 26, 1996); see 28 U.S.C. § 1915 (as amended).

Appellant has consented to pay the $455.00 filing fee and any additional costs assessed, using the partial payment plan described under 28 U.S.C. § 1915 (as amended). Thus, the only remaining question is whether the appeal is frivolous. See § 1915(e)(2)(B)(i). The instant appeal is frivolous

because the appellant's 42 U.S.C. § 1983 complaint was filed after the expiration of the two-year statute of limitations applicable to Alabama civil actions. See Owens v. Okure, 488 U.S. 235, 236, 109 S.Ct. 573, 574, 102 L.Ed.2d 594 (1989); Ala. Code § 6-2-38. Accordingly, this Court DENIES leave to proceed, as the appeal is frivolous, and DISMISSES the appeal.