RECEIVED

2007 DEC 26  P 2: 08

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

December 21, 2007

**Appeal Number: 07-13027-E**
Case Style: Jonathan Louis Rutledge v. Deborah Tew
District Court Number:  07-00477  CV-N ()

CC:   Jonathan Rutledge (AIS 242515)

CC:   Debra P. Hackett

CC:   Troy King

CC:   Warden

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED
2007 DEC 26  P 2:09

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

December 21, 2007

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-13027-E**
Case Style: Jonathan Louis Rutledge v. Deborah Tew
District Court Number: 07-00477 CV-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

NO FURTHER ACTION WILL BE TAKEN ON THIS APPEAL.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-13027-E

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

DEC 21 2007

THOMAS K. KAHN
CLERK
```

JONATHAN LOUIS RUTLEDGE,

          Plaintiff-Appellant,

versus

DEBORAH TEW,

          Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

BEFORE: **BIRCH, MARCUS and WILSON, Circuit Judges.**

BY THE COURT:

    Appellant has filed a motion for reconsideration of this Court's order dated November 9, 2007. Upon reconsideration, appellant's motion for leave to proceed is DENIED because the appeal is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); 42 U.S.C. § 1983; Ala. Code § 6-2-38; Owens v. Okure, 488 U.S. 235, 236, 109 S.Ct. 573, 574, 102 L.Ed.2d 594 (1989); Bowling v. Founders Title Co., 773 F.2d 1175, 1178 (11th Cir. 1998); see also Porter v. Ray, 461 F.3d 1315, 1323 (11th Cir. 2006).